92 F.3d 1176
 Ralph ALEXANDER-EL, Plaintiff--Appellant,
v.
WARREN, Correctional Dietary Sergeant; Foster, Correctional
Dietary Sergeant, Defendants--Appellees.
 No. 96-6388.
 United States Court of Appeals, Fourth Circuit.
 Submitted: July 23, 1996
Decided: August 5, 1996
 
 Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Alexander-El v. Warren, No. CA-96-459-AW (D.Md. Feb. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED